UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 11-20851-CIV-Moreno/Torres

DORIA WOSK,

    Plaintiff,

vs.

DSV AIR & SEA, INC., a Delaware Corporation

    Defendant.
_____

**Amlong & Amlong, P.A.'s
Notice of Charging Lien re: Doria Wosk**

AMLONG & AMLONG, P.A. hereby gives notice of its claim for an attorneys' charging lien on all property or monies recovered, due, owing, received, preserved or protected on behalf of Doria Wosk in this action. The lien is for costs and legal services rendered to Doria Wosk for which AMLONG & AMLONG, P.A. has not been compensated and for which there is presently due and owing $47,115.68. The legal services were rendered and costs were incurred in connection with this action and Doria Wosk agreed that payment would be made from money and/or property recovered, protected, preserved or obtained thereby.

Respectfully Submitted,

/s/ Jennifer Daley
JENNIFER DALEY
Florida Bar Number856436
Jdaley@TheAmlongFirm.com
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the United States District Court for the Southern District of Florida and thereby electronically transmitted to counsel of record, and has been transmitted to counsel of record.

/s/ Jennifer Daley
JENNIFER DALEY

**Service List**

DAVID E. BLOCK
Florida Bar Number 108820
david.block@jacksonlewis.com
RIA N. CHATTERGOON
Florida Bar Number 015099
ria.chattergoon@jacksonlewis.com
Jackson Lewis, LLP
One Biscayne Tower
2 S. Biscayne Blvd., Suite 3500
Miami, FL 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
Attorneys for Defendant

WILLIAM R. AMLONG
Florida Bar Number 470228
Wramlong@TheAmlongFirm.com
JENNIFER DALEY
Florida Bar Number 856436
Jdaley@TheAmlongFirm.com
AMLONG & AMLONG, P.A.
500 N.E. Fourth St., Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192
Attorneys for Plaintiff

cc via U.S. Mail and E-mail: Ms. Doria Wosk